**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JAN 2 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN THE MATTER OF | § | |
| THE COMPLAINT OF | § | |
| CARMELITA, INC., Owner of the Vessel Carmelita | § | C. A. NO. **B-04-011** |
| and | § | |
| NEVGULMARCO COMPANY, INC. | § | |

## PETITION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The Petition of **Carmelita, Inc., as owner of the O/S Carmelita**, and

**Nevgulmarco Company, Inc., as the parent corporation of Carmelita, Inc.**, for

exoneration from or limitation of liability in a cause civil and maritime, show as follows:

1.     At all times mentioned in this Petition, **Carmelita, Inc.** was and now is a

corporation organized and existing under the laws of Texas.     Petitioner

**Nevgulmarco Company, Inc.** was and now is a corporation organized and existing

under the laws of Nevada and duly admitted to conduct business in Texas.

Both Petitioners have their principal offices in Port Isabel, Cameron County, Texas.

**Nevgulmarco Company, Inc.** is the parent corporation of **Carmelita, Inc.**

2.     At all times mentioned in this Petition, **Carmelita, Inc.** was and now is the

owner of the vessel, Carmelita.   The vessel is now, or during the pendency of this

action will be, within this district.

3.     At all times mentioned in this Petition, **Carmelita, Inc.** has used due

diligence to make the vessel seaworthy, and the vessel was at the time of

commencement of the voyage described below and throughout the course of the voyage tied, staunch, strong, fully and properly equipped and supplied and in all respects seaworthy and fit for the services in which it was engaged.

4.      On the 26th day of June, 2003, the vessel sailed from Port Isabel, Texas on a fishing voyage in the Gulf of Mexico under the command of a competent and experienced master with a full crew of competent and experienced fishermen.

5.      On the 20th day of July, 2003, during the course of the fishing voyage, the vessel was anchored offshore. On that date beginning at about 7:00 o'clock p.m., the crew was heading, dipping and placing in freezer storage the shrimp catch of the vessel from the fishing efforts of the day. After a short time, a decision was made to begin placing shrimp into the freezer hold of the ship. This shrimp had been headed, placed in preservative and drained back into the brine tank on deck. **Angel Romero, Jr.**, the rig man, went below into the freezer to stack the trays of shrimp as were being handed to him. After handing down all trays of drained shrimp, the crew returned to its job and did not notice the absence of **Angel Romero, Jr.** for approximately 40 minutes. When **Angel Romero, Jr.** was finally missed, he was found to be lying on the floor of the freezer hold in an unconscious state. Since that time, he has remained comatose for reasons not yet determined.

6.      The above described occurrence and the losses, damages and injuries resulting from that occurrence were not caused or contributed to by any fault, neglect, design or want of due care on the part of Petitioners, or of the vessel Carmelita, or anyone for whom either Petitioner may be responsible.

**7.**    The above described occurrence and the losses, damages and injuries resulting from that occurrence were occasioned and incurred without the privity or knowledge of either Petitioner **Carmelita, Inc.** or **Nevgulmarco Company, Inc.**

**8.**    The following actions and proceedings have been instituted and are presently pending against both Petitioners, as indicated, on the demands and claims arising out of the voyage:

Plaintiffs' Original Petition and Requests for Disclosures filed by Avigail Martinez de Romero, individually and as guardian of Angel Romero, Jr.; Angel Romero Gonzalez; Gloria Badillo Rodriguez de Romero; and Lucilla Delgado Romero as next friend of Angel Romero Delgado and Carolina Romero Delgado, all through their attorney, Ray Marchan, 1926 East Elizabeth Street, Brownsville, Texas 78520 on August 29, 2003 in the 404th Judicial District Court of Cameron County, Texas and removed to the United States District Court for the Southern District of Texas, Brownsville Division in which the following causes of action are stated against Petitioners:

(a)    **Carmelita, Inc.:**

(1)    Unseaworthiness;

(2)    Negligence under the Jones Act, 46 U.S.C. § 688;

(3)    Product Liability;

(4)    General Negligence;

(5)    Breach of Warranties;

(6)    Gross Negligence;

(7)    Malice; and

(8)    Civil Conspiracy.

**(b)      Nevgulmarco Company, Inc.:**

(1)      Mismanagement of Carmelita, Inc. and operation as a single business enterprise;

(2)      Product Liability;

(3)      General Negligence;

(4)      Breach of Warranties;

(5)      Gross Negligence;

(6)      Malice; and

(7)      Civil Conspiracy.

9.      There are no demands, unsatisfied liens or claims of liens against these Petitioners or the vessel Carmelita, in contract or tort or otherwise, arising out of the fishing voyage and no actions or proceedings pending on same so far as are known to Petitioners, except as above set forth.

10.      Petitioners received the first written notice of claim arising out of the occurrence from the various claimants on or about August 29, 2003.  This Petition is filed within six months after Petitioners' receipt of that claim.

11.      The above described fishing voyage terminated on July 20, 2003 at Port Isabel, Texas.  The vessel was not damaged, lost or abandoned as a result of the described occurrence.  The value of the vessel at the termination of the fishing voyage did not exceed the sum of Sixty-eight Thousand and no/100ths ($68,000.00) Dollars, as shown by the Affidavit of Value attached hereto as Exhibit A.  The amount of the

catch onboard the vessel on that date did not exceed Six Thousand Eight Hundred and no/100ths ($6,800.00) Dollars.

12.    Petitioners claim the benefit of limitation of liability as provided in 46 App. U.S.C. § § 181 to 189 and exoneration from liability as provided in 46 App. U.S.C. § § 190-196 for all losses, damages and injuries incurred in or consequent to the occurrence of July 20, 2003 on the vessel Carmelita, and Petitioners allege that Petitioners each has valid defenses to such losses, damages and injuries on the facts.

13.    Petitioner **Carmelita, Inc.** is filing with this Petition security for the amount or value of that Petitioner's interest in the vessel Carmelita and its catch onboard on the date the fishing voyage ended.

14.    The above allegations are true and within the admiralty and maritime jurisdiction of this Court.

WHEREFORE, Petitioners request:

1.    Issuance of a monition to all persons asserting claims for any and all losses, damages or injuries occasioned or incurred or arising on or out of the above described fishing voyage citing them to file their respective claims with the Clerk of this Court and also to appear and answer the allegations of this complaint according to the law and practice of this Court on or before a date to be named in the notice.

2.    Issuance of an injunction restraining the further prosecution of all actions or proceedings already begun and the subsequent commencement or

prosecution of any other actions or proceeding against either or both Petitioners or the vessel Carmelita with respect to any claim or claims arising out of or on the above described occurrence or fishing voyage.

3.    Judgment that Petitioners are not liable for any losses, damages or injuries or for any claim arising out of or on the above described occurrence or voyage; or if either Petitioner should be adjudged liable, then its liability be limited to the amount or value of Petitioners' interest in the vessel Carmelita and its catch onboard on the date the fishing voyage ended.

4.    Costs of suit.

5.    Such other and further relief as the Court deems proper.

DATED: January ___29___, 2004.

Respectfully submitted,

FLEMING & HERNANDEZ, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas  78521-1602
Telephone:  (956) 982-4404
Telecopier:  (956) 982-0943

by:_____
    Tom Fleming
    SBOT No. 07133000
    Federal I.D.  No. 1188

    Jeffrey G. Mathews
    SBOT No. 24013115
    Federal I.D. No. 24499

ATTORNEYS FOR PETITIONERS.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **NEVGULMARCO COMPANY, INC.:.** | § | **C.A. NO. B-03-153** |
| **ZIMCO MARINE, INC.;** | § | |
| **and CARMELITA, INC.** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| | § | |
| **ANGEL ROMERO, JR.** | § | |

## AFFIDAVIT OF VALUE

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF Nueces | § |

BEFORE ME, the undersigned authority, personally came and appeared Marc Andrew McAllister, who after being duly sworn, did depose and say:

I am the owner and principal marine surveyor of McAllister Marine Surveying Co., Corpus Christi, Texas. I have been engaged in the business of appraising marine vessels since 1981. I am familiar with the F/V "CARMELITA", and I have surveyed and inspected the 1979 yard built steel shrimp trawler, Official No. **601297**. I am fully familiar with the design, type and class of vessels such as the F/V "CARMELITA" and am familiar with market conditions involving the same and/or similar vessels; and in my opinion the F/V "CARMELITA" had a fair market value of **$ 68,000.00** at the end of its last voyage.

Marc A. McAllister, C.M.S.
Marine Surveyor

**SWORN TO AND SUBSCRIBED BEFORE ME** the undersigned authority on this 25th day of November 2003, to certify which my hand and seal of office.

Notary Public in and for the State of Texas

CINDY VASQUEZ
Notary Public, State of Texas
My Commission Expires Oct. 1, 2005

My commission Expires: 10-1-2005

EXHIBIT NO. A