IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED
JAN 2 9 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE MATTER OF  
THE COMPLAINT OF  
CARMELITA, INC.,  
Owner of the Vessel Carmelita, and  
NEVGULMARCO COMPANY, INC.

§ § § § § § § § §

CIVIL ACTION NO. B-04-011

### ORDER

In accordance with Rule F, subsection (1)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, the owners in the above styled case, Carmelita, Inc. and Nevgulmarco Company, Inc., have tendered, for the benefit of the claimants, $74,800.00, a sum equal to the amount or value of the owners interest in the vessel.

The **CLERK OF THE COURT IS** hereby **ORDERED** to deposit the above amount tendered by the owners into the Registry of the Court as provided for in Rule F.

DONE at Brownsville, Texas, this 29th day of January, 2004.

_____
John Wm. Black
United States Magistrate Judge