IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| IN THE MATTER OF | § | |
| THE COMPLAINT OF | § | |
| CARMELITA, INC., Owner of the Vessel Carmelita | § | C. A. NO. B-04-011 |
| and | § | |
| NEVGULMARCO COMPANY, INC. | § | |

## ORDER TO ISSUE MONITION

The Petition filed herein by **Carmelita, Inc. and Nevgulmarco Company, Inc.** for exoneration from or limitation of liability for events occurring during the voyage of the vessel, **O/S Carmelita**, from June 26, 2003 to July 20, 2003 requires monition be issued pursuant to Fed. R. Civ. P. Rule Supplemental Rule F(4).

IT IS ORDERED the monition be issued and such monition be published in *The Brownsville Herald* once a week for four successive weeks prior to the __25th__ day of __March__, 2004, the date fixed for the filing of claims. The Plaintiffs herein shall also mail a copy of such monition to every person known to have made a claim against the vessel or the Plaintiffs arising out of the voyage on which the claims sought to be limited arose. In the vent such claimants are represented by counsel, such notice may be provided by Plaintiffs to that attorney.

SIGNED AT BROWNSVILLE, TEXAS on this 19th day of February, 2004.

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE