United States District Court
Southern District of Texas
FILED

MAR 2 5 2004

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

IN THE MATTER OF THE COMPLAINT §
OF CARMELITA, INC. OWNER OF THE §
VESSEL CARMELITA AND §    **B-04-011**
NEVGULMARCO COMPANY, INC. §

**ANSWER OF AVIGAIL MARTINEZ DE ROMERO INDIVIDUALLY AND AS
GUARDIAN OF ANGEL ROMERO, JR., MENTALLY AND PHYSICALLY
INCOMPETENT, ANGEL ROMERO GONZALEZ AND GLORIA BADILLO
RODRIGUEZ DE ROMERO, THE NATURAL PARENTS OF ANGEL ROMERO, JR.
AND, LUCILLA ROMERO DELGADO AS NEXT FRIEND OF ANGEL ROMERO
DELGADO AND CAROLINA ROMERO DELGADO, MINOR CHILDREN OF
ANGEL ROMERO, JR PETITION OF
CARMELITA, INC. AS OWNER OF THE O/S CARMELITA, AND NEVGULMARCO
COMPANY, INC., AS PARENT CORPORATION OF CARMELITA, INC. IN A CAUSE
OF EXONERATION FROM OR LIMITATION OF LIABILITY**

TO THE HONORABLE JUDGE OF SAID COURT:

The Answer of AVIGAIL MARTINEZ DE ROMERO INDIVIDUALLY AND AS

GUARDIAN OF ANGEL ROMERO, JR., MENTALLY AND PHYSICALLY

INCOMPETENT, ANGEL ROMERO GONZALEZ AND GLORIA BADILLO

RODRIGUEZ DE ROMERO, THE NATURAL PARENTS OF ANGEL ROMERO, JR.

AND, LUCILLA ROMERO DELGADO AS NEXT FRIEND OF ANGEL ROMERO

DELGADO AND CAROLINA ROMERO DELGADO, MINOR CHILDREN OF ANGEL

ROMERO, JR to the libel and petition of CARMELITA, INC. AS OWNER OF THE O/S

CARMELITA, AND NEVGULMARCO COMPANY, INC., AS PARENT CORPORATION

OF CARMELITA, INC. in a cause of exoneration or limitation of liability, on information and

belief respectfully allege:

1.    Claimants can neither admit nor deny the allegations contained in paragraph 1 of

Petitioner's pleading.

2.    Claimants can neither admit nor deny the allegations contained in paragraph 2 of Petitioner's pleading.

3.    Claimants deny the allegations contained in paragraph 3 of Petitioner's pleading.

4.    Claimants can neither admit nor deny the allegations in paragraph 4 of petitioner's pleadings.

5.    Claimants can neither admit nor deny the allegations contained in paragraph 5 of Petitioner's pleading.

6.    Claimants deny the allegations contained in paragraph 6 of petitioner's pleading.

7.    Claimants can neither admit nor deny the allegations contained in paragraph 7 of petitioner's pleading.

8.    Claimants deny those allegations contained in paragraph 8 of petitioner's pleading as the case has been remanded to state court.

9.    Claimants deny those allegations contained in paragraph 9 of petitioner's pleading.

10.    Claimants can neither admit nor deny the allegations contained in paragraph 10 of petitioner's pleading.

11.    Claimants can neither admit nor deny the allegations contained in paragraph 11 of petitioner's pleading.

12.    Claimants deny the allegations contained in paragraph 12 of petitioner's pleading.

13.    Claimants deny the allegations contained in paragraph 13 of petitioner's pleading.

14.    Claimants deny the allegations contained in paragraph 14 of petitioner's pleading.

15.

WHEREFORE PREMISES CONSIDERED, Claimants pray that this court deny petitioner's claim for limitation of liability and that respondent/claimant be allowed to recover the full amount of damages as determined by a jury of the claimant's peers and for such other and further relief as the claimant can be justly entitled.

Respectfully submitted on this the ___25___ day of March, 2004.

WATTS LAW FIRM, L.L.P
1926 E. Elizabeth
Brownsville, Texas  78520
(956) 544-0500
(956) 541-0255  Fax

_____
RAY R. MARCHAN
For the Firm
State Bar No. 12969050
Fed. I.D. No. 9522

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___25___ day of March, 2004, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

_____
RAY R. MARCHAN