IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | § | |
| OF CARMELITA, INC. OWNER OF THE | § | |
| VESSEL CARMELITA AND | § | B-04-011 |
| NEVGULMARCO COMPANY, INC. | § | |

United States District Court
Southern District of Texas
FILED
MAR 2 5 2004
Michael N. Milby
Clerk of Court

## PROOF OF CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, AVIGAIL MARTINEZ DE ROMERO INDIVIDUALLY AND AS GUARDIAN OF ANGEL ROMERO, JR., MENTALLY AND PHYSICALLY INCOMPETENT, ANGEL ROMERO GONZALEZ AND GLORIA BADILLO RODRIGUEZ DE ROMERO, THE NATURAL PARENTS OF ANGEL ROMERO, JR. AND, LUCILLA ROMERO DELGADO AS NEXT FRIEND OF ANGEL ROMERO DELGADO AND CAROLINA ROMERO DELGADO, MINOR CHILDREN OF ANGEL ROMERO, JR., Claimants in the above entitled and numbered cause and files this Proof of Claim and would respectfully show unto the Honorable Court the following:

I.

AVIGAIL MARTINEZ DE ROMERO INDIVIDUALLY AND AS GUARDIAN OF ANGEL ROMERO, JR., MENTALLY AND PHYSICALLY INCOMPETENT, ANGEL ROMERO GONZALEZ AND GLORIA BADILLO RODRIGUEZ DE ROMERO, THE NATURAL PARENTS OF ANGEL ROMERO, JR. AND, LUCILLA ROMERO DELGADO AS NEXT FRIEND OF ANGEL ROMERO DELGADO AND CAROLINA ROMERO DELGADO, MINOR CHILDREN OF ANGEL ROMERO, JR., are residents of Texas.

That on or about July 21, 2003, while on a fishing voyage operating Angel Romero, Jr. was severely injured as a result of the acts and/or conditions of the Carmelita, Inc. as owner of the O/S Carmelita and Nevgulmarco Company, Inc., as the parent corporation of Carmelita, Inc., it's owners, masters, charterers and/or their employees.

Angel Romero, Jr.'s injuries and damages as well as those of the claimants, were caused by the negligence of Carmelita, Inc., Owner of the Vessel Carmelita and Nevgulmarco Company, Inc. and/or the unseaworthiness of Carmelita, Inc., Owner of the Vessel Carmelita and Nevgulmarco Company, Inc. vessels and equipment making of that company. Claimants would show that because of the condition of the boat and prior knowledge of such conditions by Carmelita, Inc., Owner of the Vessel Carmelita and Nevgulmarco Company, Inc. evidences those companies' disregard for the rights, safety, and welfare of Angel Romero, Jr.'s as same were wilful, wanton, and flagrant to such an extent as to constitute gross negligence.

III.

The injuries and damages of claimants far exceeds the value of the vessel plead by Carmelita, Inc., Owner of the Vessel Carmelita and Nevgulmarco Company, Inc. for the damages. These damages include pecuniary losses from the injuries Angel Romero, Jr. including loss of care, maintenance, support, services, advice, counsel, loss of companionship and society, mental anguish and contributions of a pecuniary value that Claimants should, in reasonable probability, have received from Angel Romero, Jr. during his lifetime. Claimants also seek any and other damages provided under any applicable laws, including Texas State law, regarding this incident.

Claimants Avigail Martinez De Romero Individually And As Guardian Of Angel Romero, Jr., Mentally And Physically Incompetent, Angel Romero Gonzalez And Gloria Badillo Rodriguez De Romero, The Natural Parents Of Angel Romero, Jr. And, Lucilla Romero Delgado As Next Friend Of Angel Romero Delgado And Carolina Romero Delgado, Minor Children Of Angel Romero, Jr., as a result of Petitioner's negligence and resulting injuries therefrom have been damaged in that they have lost their son's

consortium, including: affection, solace, comfort, assistance, emotional support, love and felicity.

Claimants Avigail Martinez De Romero Individually And As Guardian Of Angel Romero, Jr., Mentally And Physically Incompetent, Angel Romero Gonzalez And Gloria Badillo Rodriguez De Romero, The Natural Parents Of Angel Romero, Jr. And, Lucilla Romero Delgado As Next Friend Of Angel Romero Delgado And Carolina Romero Delgado, Minor Children Of Angel Romero, Jr., seek to recover damages for their mental anguish, emotional pain, suffering and bereavement, as well as, for the loss of companionship, love support and society that they have experienced in the past and will, in all reasonable probability, experience in the future.

### IV. DAMAGES TO THE ANGEL ROMERO, JR.

As a result of the incident in question, **Angel Romero, Jr.** suffered injuries which caused and continue to cause him to suffer severe and excruciating physical pain and mental anguish prior. As a result, Claimants are entitled to recover damages for physical pain and mental anguish for which recovery is sought herein.

Claimants would show that by reason of the injuries sustained as above alleged, **Angel Romero, Jr.** suffered serious injuries to his body including disfigurement, mental anguish and physical pain and suffering. By reason of the foregoing, **ANGEL ROMERO, JR.** has been damaged by and seeks from the Petitioners an amount in excess of the minimum jurisdictional limits of this court.

On account of the nature, seriousness, and severity of **Angel Romero, Jr.'s** injuries, he required medical services care. **Angel Romero, Jr.'s** has been required to pay and incur liability to pay the charges which have been and will be made for such medical care services.

The charges which have been and will be made for services rendered to Claimants have represented and will represent the usual, reasonable and customary charges for like or similar services in the vicinity where they have been and will be

rendered. All of these services, both past and future, have been and will be made necessary in connection with the proper treatment of the injuries sustained and suffered by Claimants because of Angel Romero, Jr.'s injuries.

Plaintiffs would further show that in the event Angel Romero, Jr. had pre-existing conditions in his body prior to the incident made the basis of this suit, that such conditions were aggravated and/or re-injured and worsened by the injuries sustained as a result of the negligence of the Petitioners.

On the date of the incident out of which this suit arises, Claimant Angel Romero, Jr. was a man of the age of 35 and had a life expectancy in excess of 40.1 according to the U.S. Life Tables of 1989.

Claimants would further show that a result of the Petitioners' negligence, claimants have suffered a loss of future services that would have been provided by **Angel Romero, Jr.** had he not suffered such severe injuries.

Claimants seek damages for total loss of past wages and future earning capacity which was proximately caused by the negligence of Petitioners.

WHEREFORE, PREMISES CONSIDERED, Claimant Avigail Martinez De Romero Individually And As Guardian Of Angel Romero, Jr., Mentally And Physically Incompetent, Angel Romero Gonzalez And Gloria Badillo Rodriguez De Romero, The Natural Parents Of Angel Romero, Jr. And, Lucilla Romero Delgado As Next Friend Of Angel Romero Delgado And Carolina Romero Delgado, Minor Children Of Angel Romero, Jr. presents this claim and prays that the claim be acknowledge and for such other and further relief as the court may deem just and proper.

Respectfully submitted this the ___25___ day of March, 2004.

                                           WATTS LAW FIRM, L.L.P.
                                           1926 E. Elizabeth
                                           Brownsville, Texas 78520
                                           (956) 544-0500
                                           (956) 541-0255  FAX

                                           _____
                                           RAY R. MARCHAN
                                           For the Firm
                                           State Bar No. 12969050
                                           Fed. I.D. No. 9522

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___25___ day of March, 2004, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

                                           _____
                                           RAY R. MARCHAN