United States District Court
Southern District of Texas
FILED

MAR 3 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | § | |
| THE COMPLAINT OF | § | |
| CARMELITA, INC., Owner of the Vessel Carmelita | § | C. A. NO. B-04-011 |
| and | § | |
| NEVGULMARCO COMPANY, INC. | § | |

## APPLICATION FOR INJUNCTION

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Petitioners **Carmelita, Inc. and Nevgulmarco Company, Inc.** request this Court enjoin the further prosecution of any action or proceeding against these Petitioners or the Petitioners' property with respect to any claim subject to limitation in this action pursuant to Federal Rules of Civil Procedure, Supplemental Rule F(3), and would show:

1.  Since invitation of this suit requesting exoneration from or limitation of liability, the actions and proceedings then pending before this Court have been remanded to the 404th Judicial District Court of Cameron County, Texas where it is now pending.

2.  The Plaintiffs in the matter before the 404th Judicial District Court of Cameron County, Texas are proceeding with prosecution of that action which includes both Petitioners herein in spite of the requirements of Supplemental Rule F(3), *Id.*

3.  Plaintiffs in the matter before the 404th Judicial District Court of Cameron County, Texas filed an answer and claim in this instant action on March 25, 2004 demanding this Court deny Petitioners' claim for limitation of liability (and impliedly their request for exoneration) and requesting recovery of the full amount of Plaintiffs' damages from Petitioners. The Proof of Claim was made on behalf of five separate claimants.

4.  Supplemental Rule F(3) (*Id.*) mandates the issuance of an injunction to prevent further prosecution of any action or proceeding against these Petitioners or the property of these Petitioners with respect to any claim subject to limitation in this action.

5.  The Proof of Claim filed by the Plaintiffs in the state court action alleges negligence and gross negligence of these Petitioners and demands full recovery of the various losses they allege for all the purported damages suffered by each and every Plaintiff.

Petitioners request this Court issue its order enjoining the further prosecution of any action or proceeding against these Petitioners or the Petitioners' property with respect to any claim subject to limitation in the action as mandated in Supplemental Rule F(3). Petitioners further request such other and further relief to which they may be entitled.

DATED: March __30__, 2004.

                        Respectfully submitted,

                        **FLEMING & HERNANDEZ, P.C.**
                        1650 Paredes Line Road, Suite 102
                        Brownsville, Texas  78521-1602
                        Telephone:  (956) 982-4404
                        Telecopier:  (956) 982-0943

                        by: _/s/ Tom Fleming_
                        **Tom Fleming**
                        SBOT No. 07133000
                        Federal I.D. No. 1188

                        **Jeffrey G. Mathews**
                        SBOT No. 24013115
                        Federal I.D. No. 24499

                        **ATTORNEYS FOR PETITIONERS,**
                        **CARMELITA, INC.**
                        **and NEVGULMARCO, COMPANY, INC.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **APPLICATION FOR INJUNCTION** was served March __30__, 2004 in the manner(s) indicated below upon the following Counsel:

> **COUNSEL FOR**
> **Avigail Martinez De Romero Individually And As Guardian Of Angel Romero, Jr., Mentally And Physically Incompetent;**
> **Angel Romero Gonzalez And Gloria Badillo Rodriguez De Romero, The Natural Parents Of Angel Romero, Jr.;**
> **And**
> **Lucilla Romero Delgado As Next Friend Of Angel Romero Delgado And Carolina Romero Delgado, Minor Children Of Angel Romero, Jr.:**
>
> Ray R. Marchan
> WATTS LAW FIRM, L.L.P.
> 1926 East Elizabeth Street
> Brownsville, Texas 78520
> _(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1000 4574)_

_/s/ Tom Fleming_
Tom Fleming