IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 3 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN THE MATTER OF | § |
| THE COMPLAINT OF | § |
| CARMELITA, INC., Owner of the Vessel Carmelita | § C. A. NO. B-04-011 |
| and | § |
| NEVGULMARCO COMPANY, INC. | § |

## LIST OF CLAIMANTS

TO: RAY R. MARCHAN,
Attorney For The Following Parties:

Avigail Martinez De Romero Individually And As Guardian Of Angel Romero, Jr., Mentally And Physically Incompetent;

Angel Romero Gonzalez And Gloria Badillo Rodriguez De Romero, The Natural Parents Of Angel Romero, Jr.;

And Lucilla Romero Delgado As Next Friend Of Angel Romero Delgado And Carolina Romero Delgado, Minor Children Of Angel Romero, Jr.

The following persons have made claims against the Petitioners' interest in the O/S CARMELITA and her catch deposited with the United States District Clerk:

1. **Avigail Martinez de Romero.**

   a. Attorney Ray R. Marchan
      WATTS LAW FIRM, L.L.P.
      1926 East Elizabeth Street
      Brownsville, Texas 78520
      Telephone: (956) 544-0500.

   b. Amount of damage is not stated.

2. **Avigail Martinez de Romero As Guardian Of Angel Romero, Jr.**

   a. Attorney Ray R. Marchan
      WATTS LAW FIRM, L.L.P.
      1926 East Elizabeth Street
      Brownsville, Texas 78520
      Telephone: (956) 544-0500.

   b. Personal injury.

   c. Amount of damage is not stated.

3. **Angel Romero Gonzalez.**

   a. Attorney Ray R. Marchan
      WATTS LAW FIRM, L.L.P.
      1926 East Elizabeth Street
      Brownsville, Texas 78520.
      Telephone: (956) 544-0500

   b. Amount of damage is not stated.

4. **Gloria Badillo Rodriguez de Romero.**

   a. Attorney Ray R. Marchan
      WATTS LAW FIRM, L.L.P.
      1926 East Elizabeth Street
      Brownsville, Texas 78520
      Telephone: (956) 544-0500.

   b. Amount of damage is not stated.

5. **Lucilla Romero Delgado As Next Friend Of Angel Romero Delgado And Carolina Romero Delgado, Minor Children Of Angel Romero, Jr.**

   a. Attorney Ray R. Marchan
      WATTS LAW FIRM, L.L.P.
      1926 East Elizabeth Street
      Brownsville, Texas 78520
      Telephone: (956) 544-0500.

   b. Amount of damage is not stated.

This notice is given as required by Federal Rules of Civil Procedure, Supplemental Rule F(6), within 30 days of the date specified in the notice for filing claims.

DATED: March 30, 2004.

Respectfully submitted,

**FLEMING & HERNANDEZ, P.C.**
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602
Telephone: (956) 982-4404
Telecopier: (956) 982-0943

by: *[signature]*
**Tom Fleming**
SBOT No. 07133000
Federal I.D. No. 1188

**Jeffrey G. Mathews**
SBOT No. 24013115
Federal I.D. No. 24499

**ATTORNEYS FOR PETITIONERS,
CARMELITA, INC.
and NEVGULMARCO COMPANY, INC.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **LIST OF CLAIMANTS** was served March ___30___, 2004 in the manner(s) indicated below upon the following Counsel:

      **COUNSEL FOR**
      **Avigail Martinez De Romero Individually And As Guardian Of**
      **Angel Romero, Jr., Mentally And Physically Incompetent;**
      **Angel Romero Gonzalez And Gloria Badillo Rodriguez De**
      **Romero, The Natural Parents Of Angel Romero, Jr.;**
      **And**
      **Lucilla Romero Delgado As Next Friend Of Angel Romero**
      **Delgado And Carolina Romero Delgado, Minor Children Of**
      **Angel Romero, Jr.:**

      Ray R. Marchan
      WATTS LAW FIRM, L.L.P.
      1926 East Elizabeth Street
      Brownsville, Texas 78520
      *(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1000 4574)*

_/s/ Tom Fleming_
Tom Fleming