**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: In The Matter Of The Complaint Of Carmelita, Inc., Owner Of The Vessel Carmelita and Nevgulmarco Company, Inc. | COURT CASE NUMBER: Civil Action No. B-04-011 |
| DEFENDANT: | TYPE OF PROCESS: Monition/Publication |

**SERVE AT:**
NAME: THE BROWNSVILLE HERALD
ADDRESS: Brownsville, Texas

United States District Court
Southern District of Texas
FILED
APR 0 8 2004
Michael N. Milby
Clerk of Court

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Tom Fleming
FLEMING & HERNANDEZ, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 0
- Check for service on U.S.A.: N/A

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Publish this Monition in THE BROWNSVILLE HERALD once a week for four successive weeks prior to the 25th day of March 2004, the date fixed for the filing of claims.

Signature of Attorney or other Originator requesting Service on behalf of: [signature]
TELEPHONE NUMBER: (956) 982-4404
DATE: 02/25/04

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

Name and title of individual served: Brownsville Herald
Date of Service: 2-25-04
Time: 4:10 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 3.00 | | | | |

**REMARKS:** Notice to be published on (2-29)(3-5)(3-13) & 3-15-2004 in the Brownsville Herald.

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)