# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## NOTICE OF HEARING

United States District Court
Southern District of Texas
FILED

MAY 0 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NEVGULMARCO CO., INC., PETITIONER § | |
| § | |
| VS. § | CIVIL ACTION NO. B-04-011 |
| § | |
| AVIGAIL MARTINEZ DE ROMERO, ET AL § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:  **PETITIONERS' APPLICATION FOR INJUNCION**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**THIRD FLOOR COURTROOM, #6**

DATE AND TIME: **May 5, 2004 @ 1:30 pm**

**TAKE NOTICE that the proceeding in this case will be held before Judge Andrew S. Hanen.**

MICHAEL N. MILBY, CLERK

BY: _/s/ Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE: May 3, 2004

TO:  ALL COUNSEL OF RECORD