**FLEMING & HERNANDEZ, P.C.**
Attorneys at Law
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602

Tom Fleming
Luis R. Hernandez
Jeffrey G. Mathews

(956) 982-4404
FAX (956) 982-0943
fleming&hernandez@bizrgv.rr.com

Rolando Olvera, P.C.
Of Counsel

United States District Court
Southern District of Texas
FILED

MAY 2 4 2004

Michael N. Milby
Clerk of Court

May 21, 2004

Ms. Irma Soto
CASE MANAGER
UNITED STATES DISTRICT COURT
600 East Harrison Street, #101
Brownsville, Texas 78520

MAIL
United States District Court
Southern District of Texas
RECEIVED

MAY 2 4 2004

Michael N. Milby, Clerk

Re:   Civil Action No. C. A. No. B-04-011
      In The United States District Court
      For The Southern District of Texas
      Brownsville Division

      *In The Matter Of The Complaint Of
      Carmelita, Inc., Owner Of The Vessel Carmelita
      and Nevgulmarco Company, Inc.*

Dear Irma:

Please be advised that I will be on vacation and out of the state from July 17 through July 26, 2004.

Thank you for your cooperation.

Very truly yours,

**FLEMING & HERNANDEZ, P.C.**

by: *[signature]*
Tom Fleming

TF/bgw

#031087
L:\WARNKE\CLIENT\ZIMCO\Carmelita Inc\Romero\Limitation of Liability Suit\Soto-USDC-1Ltr.wpd