United States District Court
Southern District of Texas
FILED

JUN 3 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | § | |
| OF CARMELITA, INC. OWNER OF THE | § | |
| VESSEL CARMELITA AND | § | B-04-011 |
| NEVGULMARCO COMPANY, INC. | § | |

## STIPULATION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now AVIGAIL MARTINEZ DE ROMERO INDIVIDUALLY AND AS GUARDIAN OF ANGEL ROMERO, JR., MENTALLY AND PHYSICALLY INCOMPETENT, ANGEL ROMERO GONZALEZ AND GLORIA BADILLO RODRIGUEZ DE ROMERO, THE NATURAL PARENTS OF ANGEL ROMERO, JR. AND, LUCILLA ROMERO DELGADO AS NEXT FRIEND OF ANGEL ROMERO DELGADO AND CAROLINA ROMERO DELGADO, MINOR CHILDREN OF ANGEL ROMERO, JR, and stipulate that as to petitioner Carmelita, Inc., that in this action they concede that all questions regarding Carmelita, Inc.'s right to limit are to be resolved under the limitation of liability act by this court. Additionally, these claimants stipulate that the claims of Angel Romero, Jr., because of his incapacity, should take precedence over the remaining claimants.

Respectfully submitted this the ___5___ day of May, 2004.

WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255

_____
RAY R. MARCHAN
State Bar No. 12969050
Federal I.D. No. 9522
*Attorney for Claimants*

### CERTIFICATE OF SERVICE

I hereby certify that on this the ___5___ day of May, 2004, a true and correct copy of the foregoing instrument was forwarded to all counsel of record via fax or by hand delivery.

_____
RAY R. MARCHAN