**COPIES:**

**CO-COUNSEL FOR PLAINTIFFS:**
Mikal C. Watts; Ray R. Marchan
WATTS LAW FIRM, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas 78520

**CO-COUNSEL FOR PLAINTIFFS:**
Ernesto Gamez, Jr.
LAW OFFICES OF ERNESTO GAMEZ, JR.
777 East Harrison Street
Brownsville, Texas 78520

**CO-COUNSEL FOR DEFENDANT, UNIVAR USA, INC.:**
Stan Perry
HAYNES AND BOONE, LLP
1000 Louisiana, Suite 4300
Houston, Texas 77002-5012

**CO-COUNSEL FOR DEFENDANT, UNIVAR USA, INC.:**
Michael Rodriguez
MICHAEL RODRIGUEZ, P.L.L.C.
1000 East Madison
Brownsville, Texas 78520

**COUNSEL FOR DEFENDANT, ZIMCO MARINE, INC.:**
Jaime A. Saenz; RosaMaria Villagomez-Vela
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
Post Office Box 2155
Brownsville, Texas 78522

**COUNSEL FOR DEFENDANT, ESSECO GENERAL CHEMICAL:**
Mike Mills
ATLAS & HALL, L.L.P.
P. O. Drawer 3725
McAllen, Texas 78502

**COUNSEL FOR DEFENDANTS, CARMELITA, INC. and NEVGULMARCO, COMPANY, INC.**
Tom Fleming; Jeffrey G. Mathews
FLEMING & HERNANDEZ, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| **IN THE MATTER OF** | § |
| **THE COMPLAINT OF** | § |
| **CARMELITA, INC.,** Owner of the Vessel Carmelita | §  C. A. NO. B-04-011 |
| **and** | § |
| **NEVGULMARCO COMPANY, INC.** | § |

## AFFIDAVIT OF JEFFREY G. MATHEWS

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned Notary Public, on this day personally appeared **Jeffrey G. Mathews,** who being by me here and now duly sworn upon oath, says:

"My name is Jeffrey G. Mathews. I am over 18 years of age and am legally competent to make this affidavit which is true and correct, is based upon my personal knowledge, and is made voluntarily and not under duress.

"I attended the July 29, 2004 hearing in Cause Number 2003-08-4370-G, held in the 404th Judicial District Court in Cameron County, Texas and saw counsel-of-record, or members of their respective firm, attend the hearing. These attorneys included all that are presently involved in the aforementioned State Court proceeding.

"Additionally, although the letter was directed to Plaintiffs' counsel, I sent a copy of the order granting Defendants Nevgulmarco Company, Inc.'s and Carmelita, Inc.'s motion to abate to all counsel presently involved in the above case and

EXHIBIT NO. C

requested Plaintiffs' counsel remove the above Defendants from the State Court proceeding. As of August 10, 2004, the above Defendants have not been removed from the State Court proceeding and Plaintiffs continue to pursue their various causes of action against Nevgulmarco Company, Inc. and Carmelita, Inc. in spite of this Court's injunction."

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Jeffrey G. Mathews


SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, by the said Jeffrey G. Mathews on this, the 10th day of September, 2004, to certify which WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE.

_____
Notary Public, State of Texas.



BARBARA WARNKE
MY COMMISSION EXPIRES
May 2, 2005

# FLEMING & HERNANDEZ, P.C.

Attorneys at Law
1650 Paredes Line Road, Suite 102
Brownsville, Texas  78521-1602

Tom Fleming
Luis R. Hernandez
Jeffrey G. Mathews

(956) 982-4404
FAX (956) 982-0943
fleming&hernandez@bizrgv.rr.com

August 5, 2004

Mr. Ray R. Marchan
WATTS LAW FIRM, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas  78520

*FACSIMILE ONLY:  (956) 541-0255*

Re:    Cause No. 2003-08-4370-G
In The 404th Judicial District Court Of Cameron County, Texas
*Avigail Martinez De Romero Individually And As Guardian
Of Angel Romero, Jr., Mentally And Physically Incompetent,
Et Al
v.
Univar USA, Inc.; Nevgulmarco, Inc.; Zimco Inc. And
Carmelita, Inc. As The Owner/Operator Of The
M/V "Carmelita"*

Dear Ray:

Attached for your convenience please find a copy of ORDER GRANTING
DEFENDANTS NEVGULMARCO COMPANY, INC.'S AND CARMELITA, INC.'S MOTION TO ABATE
As you can see in the last paragraph of the order, the entire lawsuit was abated until
our above Defendants were removed from this lawsuit.  Due to the fact that Plaintiffs
and some Defendants are still proceeding in litigating this lawsuit despite the Court's
order, I have no alternative but to protect my clients' interests.  Consequently, unless
the Plaintiffs carve our Defendants, Nevgulmarco Company, Inc. and Carmelita, Inc.,
I will have no alternative but to file a motion to enforce the order granting Defendants'
Motion to Abate.

Thank you for your prompt attention to this matter.

Very truly yours,

FLEMING & HERNANDEZ, P.C.

by:
Jeffrey G. Mathews

EXHIBIT NO. D

JGM/bgw
Attachment

#031087  L:\WARNKE\CLIENT\ZIMCO\Carmelita Inc\Romero\Romero v  Nev\404th Ct\Marchan-1Ltr.wpd



Mr. Ray R. Marchan
WATTS LAW FIRM, L.L.P.
August 5, 2004
Page 2 of 3

cc(w/encl.):

**CO-COUNSEL FOR PLAINTIFFS:**
Ernesto Gamez, Jr.
LAW OFFICES OF ERNESTO GAMEZ, JR.
Justice For All Building
777 East Harrison Street
Brownsville, Texas  78520
*(FACSIMILE ONLY:  956-541-7694)*

**CO-COUNSEL FOR DEFENDANT, UNIVAR USA, INC.:**
Stan Perry
HAYNES AND BOONE, LLP
1000 Louisiana, Suite 4300
Houston, Texas  77002-5012
*(FACSIMILE ONLY:  713-236-5455)*

**CO-COUNSEL FOR DEFENDANT, UNIVAR USA, INC.:**
Michael Rodriguez
MICHAEL RODRIGUEZ, P.L.L.C.
1000 East Madison
Brownsville, Texas  78520
*(FACSIMILE ONLY:  956-574-9337)*

**COUNSEL FOR DEFENDANT, ZIMCO MARINE, INC.:**
Jaime A. Saenz; RosaMaria Villagomez-Vela
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas  78522
*(FACSIMILE ONLY:  956-541-2170)*

**COUNSEL FOR DEFENDANT, ESSECO GENERAL CHEMICAL:**
Mike Mills
ATLAS & HALL, L.L.P.
P. O. Drawer 3725
McAllen, Texas  78502
*(FACSIMILE ONLY:  956-686-6109)*

Mr. Ray R. Marchan
WATTS LAW FIRM, L.L.P.
August 5, 2004
Page 3 of 3

**COUNSEL FOR THIRD PARTY DEFENDANTS,**
**GENERAL CHEMICAL CORPORATION,**
**GENERAL CHEMICAL CORPORATION d/b/a TEXGEN CORPORATION**
**AND GENERAL CHEMICAL CORPORATION, A SUBSIDIARY OF GENTECK, INC.:**
Shannon W. Bangle
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
1300 Capitol Center
919 Congress Avenue
Austin, Texas 78701
*(FACSIMILE ONLY: 512-495-6093)*

**COUNSEL FOR DELTA DISTRIBUTORS, INC.**
**nka BRENNTAGE SOUTHWEST, INC.:**
James L. Ray/Kyle D. Giacco/John D. Metzger
DAW & RAY
Coastal Banc Plaza
5718 Westheimer, Suite 1750
Houston, Texas 77057
*(FACSIMILE ONLY: 713-266-3188)*

#031087
L:\WARNKE\CLIENT\ZIMCO\Carmelita Inc\Romero\Romero v Nev\404th Ct\Marchan-1Ltr.wpd



## CAUSE NO. 2003-08-4370-G

| | | |
|---|---|---|
| AVIGAIL MARTINEZ DE ROMERO | § | IN THE DISTRICT COURT |
| Individually, and As Guardian of | § | |
| ANGEL ROMERO, JR., Mentally and | § | |
| Physically Incompetent; ANGEL | § | |
| ROMERO GONZALEZ and GLORIA | § | |
| BADILLO RODRIGUEZ DE ROMERO, | § | |
| The Natural Parents of ANGEL | § | |
| ROMERO, JR.; and LUCILLA | § | |
| DELGADO ROMERO, As Next Friend | § | |
| of ANGEL ROMERO DELGADO and | § | |
| CAROLINA ROMERO DELGADO, | § | CAMERON COUNTY, TEXAS |
| Minor Children of ANGEL ROMERO, | § | |
| JR. | § | |
| | § | |
| VS. | § | |
| | § | |
| UNIVAR USA, INC.; | § | |
| NEVGULMARCO COMPANY, INC.; | § | |
| ZIMCO INC.; and CARMELITA, INC., | § | |
| As The Owner/Operator | § | |
| Of The M/V "Carmelita" | § | 404TH JUDICIAL DISTRICT |

## ORDER GRANTING
### DEFENDANTS
### NEVGULMARCO COMPANY, INC.'S AND CARMELITA, INC.'S
## MOTION TO ABATE

Nevgulmarco Company, Inc.'s and Carmelita, Inc's., Defendants herein (hereinafter "Defendants") motion to abate the above styled and numbered cause came on for hearing on the _____ day of _____, 2004. After review of the Court's file, the motion and/or any responses and after hearing argument of Counsel, the Court finds that Defendants' Motion to Abate should be GRANTED.

IT IS, THEREFORE, ORDERED that the above styled and numbered cause be abated until these Defendants are removed from said cause.

SIGNED IN BROWNSVILLE, TEXAS on the ____ day of _____, 2004.

_____
JUDGE PRESIDING

FILED _____ O'CLOCK ___M
AURORA DE LA GARZA DIST. CLERK

JUL 2 9 2004

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

---

**ORDER GRANTING DEFENDANTS NEVGULMARCO COMPANY, INC.'S AND CARMELITA, INC.'S MOTION TO ABATE**

**COPIES:**

**CO-COUNSEL FOR PLAINTIFFS:**
Mikal C. Watts; Ray R. Marchan
WATTS LAW FIRM, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas 78520

**CO-COUNSEL FOR PLAINTIFFS:**
Ernesto Gamez, Jr.
LAW OFFICES OF ERNESTO GAMEZ, JR.
777 East Harrison Street
Brownsville, Texas 78520

**CO-COUNSEL FOR DEFENDANT, UNIVAR USA, INC.:**
Stan Perry
HAYNES AND BOONE, LLP
1000 Louisiana, Suite 4300
Houston, Texas 77002-5012

**CO-COUNSEL FOR DEFENDANT, UNIVAR USA, INC.:**
Michael Rodriguez
MICHAEL RODRIGUEZ, P.L.L.C.
1000 East Madison
Brownsville, Texas 78520

**COUNSEL FOR DEFENDANT, ZIMCO MARINE, INC.:**
Jaime A. Saenz; RosaMaria Villagomez-Vela
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
Post Office Box 2155
Brownsville, Texas 78522

**COUNSEL FOR DEFENDANT, ESSECO GENERAL CHEMICAL:**
Mike Mills
ATLAS & HALL, L.L.P.
P. O. Drawer 3725
McAllen, Texas 78502

**COUNSEL FOR DEFENDANTS, CARMELITA, INC. and NEVGULMARCO, COMPANY, INC.**
Tom Fleming; Jeffrey G. Mathews
FLEMING & HERNANDEZ, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602

# FLEMING & HERNANDEZ, P.C.

**Attorneys at Law**
1650 Paredes Line Road, Suite 102
Brownsville, Texas  78521-1602

Tom Fleming
Luis R. Hernandez
Jeffrey G. Mathews

(956) 982-4404
FAX (956) 982-0943
fleming&hernandez@bizrgv.rr.com

**Fax Transmittal Sheet**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Important:  This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you receive the communication in error, please notify us immediately by telephone and return the original message to us at the above address via the United States Postal Service.  Thank you.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date:    August 5, 2004                  Time: 2:35 P.M.

To:    ✓ Ray R. Marchan                    Fax No.: (956) 541-0255

       ✓ cc:  Ernesto Gamez, Jr            Fax No.: (956) 541-7694

       ✓ cc:  Stan Perry                   Fax No.: (713) 236-5455

       ✓ cc:  Michael Rodriguez           Fax No.: (956) 574-9337

       ✓ cc:  Jaime A. Saenz              Fax No.: (956) 541-2170
              RosaMaria Villagomez-Vela

       ✓ cc:  Mike Mills                   Fax No.: (956) 686-6109

       ✓ cc:  Shannon W. Bangle            Fax No.: (512) 695-6093

       ✓ cc:  James L. Ray                 Fax No.: (713) 266-3188
              Kyle D. Giacco/John D. Metzger

From:    Jeffrey G. Mathews

Re:    Cause No. 2003-08-4370-G
       In The 404th Judicial District Court Of Cameron County, Texas
       *Avigail Martinez De Romero Individually And As Guardian Of Angel
       Romero, Jr., Mentally And Physically Incompetent, Et Al v. Univar USA,
       Inc.; Nevgulmarco, Inc.; Zimco Inc. And Carmelita, Inc. As The
       Owner/Operator Of The M/V "Carmelita"*

Number of Pages (including cover sheet):    Seven (7)

Message:    **WHAT FOLLOWS**:
            correspondence dated August 5, 2004 from Jeffrey G. Mathews to
            Ray R. Marchan, together with the attachment referenced therein

#031087  L:\WARNER\CLIENT\ZIMCO\Carmelita Inc\Romero\Romero v. Nev\404th Ct\1Fax-All.wpd

**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (956) 982-4404.**

**HP OfficeJet**
**Personal Printer/Fax/Copier**

**Fax Log Report** for
Fleming & Hernandez
956 982 0943
Aug-05-04    02:38 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 5410255–031087 | OK | 07 | Sent | Aug-05 | 02:35P | 00:02:35 | 002586030022 |

*1.3.0    2.8*

Marchan

**HP OfficeJet**
**Personal Printer/Fax/Copier**

**Fax Log Report** for
Fleming & Hernandez
956 982 0943
Aug-05-04    02:41 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 5417694-031087 | OK | 07 | Sent | Aug-05 | 02:39P | 00:02:35 | 002586030022 |

*1.3.0    2.5*

Gamez

**HP OfficeJet**
**Personal Printer/Fax/Copier**

**Fax Log Report** for
Fleming & Hernandez
956 982 0943
Aug-05-04    02:45 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 17132365455–031087 | OK | 07 | Sent | Aug-05 | 02:42P | 00:02:55 | 002586030022 |

1.50    2.0

Perry

**HP OfficeJet**
**Personal Printer/Fax/Copier**



**Fax Log Report** for
Fleming & Hernandez
956 982 0943
Aug-05-04    02:49 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 5749337–031087 | OK | 07 | Sent | Aug-05 | 02:46P | 00:02:37 | 002486030022 |

*1.3.0* √ *2.8*

Rodriguez

**HP OfficeJet**
**Personal Printer/Fax/Copier**

**Fax Log Report** for
Fleming & Hernandez
956 982 0943
Aug-05-04    02:53 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 5412170-031087 | OK | 07 | Sent | Aug-05 | 02:50P | 00:02:37 | 002586030022 |

*1.3.0   2.8*

Saenz

**HP OfficeJet**
**Personal Printer/Fax/Copier**

**Fax Log Report** for
Fleming & Hernandez
956 982 0943
Aug-05-04    02:56 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 6866109–031087 | OK | 07 | Sent | Aug-05 | 02:54P | 00:02:45 | 002586030022 |

1.3.0    2.0

Mills

**HP OfficeJet**
**Personal Printer/Fax/Copier**

**Fax Log Report**  for
Fleming & Hernandez
956 982 0943
Aug-05-04    03:11 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 15124956093–031087 | OK | 07 | Sent | Aug-05 | 03:08P | 00:02:58 | 002586030022 |

*1.20    2.8*

**HP OfficeJet**
**Personal Printer/Fax/Copier**

**Fax Log Report** for
Fleming & Hernandez
956 982 0943
**Aug-05-04    03:06 PM**

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 17132663188–031087 | OK | 07 | Sent | Aug-05 | 03:03P | 00:02:36 | 002586030022 |

1.5.0    2.0

Ray

# FLEMING & HERNANDEZ, P.C.

Attorneys at Law
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602

Tom Fleming
Luis R. Hernandez
Jeffrey G. Mathews

(956) 982-4404
FAX (956) 982-0943
fleming&hernandez@bizrgv.rr.com

August 26, 2004

**CMRRR, #7003 1680 0006 5137 7134**
**and FACSIMILE (956) 541-0255**
**CO-COUNSEL FOR PLAINTIFFS:**
Mr. Mikal C. Watts
Mr. Ray R. Marchan
WATTS LAW FIRM, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas 78520

**CMRRR, #7003 1680 0006 5137 7141**
**and FACSIMILE (956) 541-7694**
**CO-COUNSEL FOR PLAINTIFFS:**
Mr. Ernesto Gamez, Jr.
LAW OFFICES OF ERNESTO GAMEZ, JR.
Justice For All Building
777 East Harrison Street
Brownsville, Texas 78520

**CMRRR, #7003 1680 0006 5137 7158**
**and FACSIMILE (713) 236-5455**
**CO-COUNSEL FOR DEFENDANT,**
**UNIVAR USA, INC.:**
Mr. Stan Perry
HAYNES AND BOONE, LLP
1000 Louisiana, Suite 4300
Houston, Texas 77002-5012

**CMRRR, #7003 1680 0006 5137 7165**
**and FACSIMILE (956) 574-9337**
**CO-COUNSEL FOR DEFENDANT,**
**UNIVAR USA, INC.:**
Mr. Michael Rodriguez
MICHAEL RODRIGUEZ, P.L.L.C.
319 East Elizabeth Street
Brownsville, Texas 78520

**CMRRR, #7003 1680 0006 5137 7172**
**and FACSIMILE (956) 541-2170**
**COUNSEL FOR DEFENDANT,**
**ZIMCO MARINE, INC.:**
Mr. Jaime A. Saenz
Ms. RosaMaria Villagomez-Vela
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522

**CMRRR, #7003 1680 0006 5137 7233**
**and FACSIMILE (956) 686-6109**
**COUNSEL FOR DEFENDANT,**
**ESSECO GENERAL CHEMICAL:**
Mr. Mike Mills
ATLAS & HALL, L.L.P.
P. O. Drawer 3725
McAllen, Texas 78502



EXHIBIT NO. E

Mr. Mikal C. Watts/Mr. Ray R. Marchan
Mr. Ernesto Gamez, Jr.
Mr. Stan Perry
Mr. Michael Rodriguez
Mr. Jaime A. Saenz/Ms. RosaMaria Villagomez-Vela
Mr. Mike Mills
Ms. Shannon W. Bangle
Mr. James L. Ray/Mr. Kyle D. Giacco/Mr. John D. Metzger
August 26, 2004
Page 2 of 3

CMRRR, #7003 1680 0006 5137 7240
and FACSIMILE (512) 495-6093
COUNSEL FOR THIRD PARTY DEFENDANTS,
GENERAL CHEMICAL CORPORATION,
GENERAL CHEMICAL CORPORATION
d/b/a TEXGEN CORPORATION
AND GENERAL CHEMICAL CORPORATION,
A SUBSIDIARY OF GENTECK, INC.:
Ms. Shannon W. Bangle
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
1300 Capitol Center
919 Congress Avenue
Austin, Texas 78701

CMRRR, #7003 1680 0006 5137 7189
and (713) 266-3188
COUNSEL FOR DELTA DISTRIBUTORS, INC.
nka BRENNTAGE SOUTHWEST, INC.:
Mr. James L. Ray
Mr. Kyle D. Giacco
Mr. John D. Metzger
DAW & RAY
Coastal Banc Plaza
5718 Westheimer, Suite 1750
Houston, Texas 77057

Re:     Cause No. 2003-08-4370-G
        In The 404th Judicial District Court Of Cameron County, Texas
        *Avigail Martinez De Romero Individually And As Guardian Of Angel Romero, Jr.,
        Mentally And Physically Incompetent, Et Al v. Univar USA, Inc.; Nevgulmarco,
        Inc.; Zimco Inc. And Carmelita, Inc. As The Owner/Operator Of The M/V
        "Carmelita"*

        Civil Action No. C. A. No. B-04-011
        In The United States District Court
        For The Southern District of Texas, Brownsville Division
        *In The Matter Of The Complaint Of Carmelita, Inc., Owner Of The Vessel
        Carmelita and Nevgulmarco Company, Inc.*

        Civil Action No. B-03-153
        In The United States District Court
        For The Southern District of Texas, Brownsville Division
        *Avigail Martinez De Romero Individually, And As Guardian Of
        Angel Romero, Jr., Mentally And Physically Incompetent, Et Al v. Univar USA,
        Inc.; Nevgulmarco Company, Inc.; Zimco Marine, Inc.; and Carmelita, Inc., As
        The Owner/Operator Of The M/V "Carmelita"*

Mr. Mikal C. Watts/Mr. Ray R. Marchan
Mr. Ernesto Gamez, Jr.
Mr. Stan Perry
Mr. Michael Rodriguez
Mr. Jaime A. Saenz/Ms. RosaMaria Villagomez-Vela
Mr. Mike Mills
Ms. Shannon W. Bangle
Mr. James L. Ray/Mr. Kyle D. Giacco/Mr. John D. Metzger
August 26, 2004
Page 3 of 3

Gentlemen and Ladies:

All parties have been enjoined in proceeding with the above referenced case until Nevgulmarco Company, Inc. and Carmelita, Inc. are severed, dismissed or non-suited in the state court action. Each of you is also aware that the 404th District Court, in obedience to that federal court order, has abated the above action.

Some of you continue to pursue your causes of action or defenses in violation of the injunction. Please be advised that Nevgulmarco and Carmelita will file a motion for those counsel to show cause why they should not be held in contempt if Nevgulmarco and Carmelita are not severed, dismissed or non-suited in the state case on or before September 7, 2004.

Should you have questions, please call.

Very truly yours,

FLEMING & HERNANDEZ, P.C.

by: Tom Fleming

TF/bgw

#031087
L:\WARNKE\CLIENT\ZIMCO\Carmelita Inc\Romero\1Ltr-AllCounsel.wpd



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

JGM/bgw
08-26-2004
#031087
Romero v. CARMELITA

(ltr.)

Restricted Delivery Fee
(Endorsement Required)

Mikal C. Watts
Ray R. Marchan
WATTS LAW FIRM, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas  78520

7003 1680 0006 5137 7134

PS Form 3800, June 2002                    See Reverse for Instructions

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____ ☐ Agent  ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery
                                   8-27-04

1. Mikal C. Watts
Ray R. Marchan
WATTS LAW FIRM, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas  78520

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 1680 0006 5137 7134

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540



U.S. Postal Service
CERTIFIED MAIL    RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7003 1680 0006 5137 7141

JGM/bgw
08-26-2004
#031087
Romero v. CARMELITA

(ltr.)

Restricted Delivery Fee

Mr. Ernesto Gamez, Jr.
LAW OFFICES OF ERNESTO GAMEZ, JR.
Justice For All Building
777 East Harrison Street
Brownsville, Texas  78520

PS Form 3800, June 2002



SENDER:
■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature
X _____    ☐ Agent
                     ☐ Addressee
B. Received by ( Printed Name )    C. Date of Delivery
   Karla Milga        8-27-04

Mr. Ernesto Gamez, Jr.
LAW OFFICES OF ERNESTO GAMEZ, JR.
Justice For All Building
777 East Harrison Street
Brownsville, Texas  78520

delivery address different from item 1?   ☐ Yes
delivery address below:                    ☐ No

☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service label)   7003 1680 0006 5137 7141

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7003 1680 0006 5137 7158

JGM/bgw
08-26-2004
#031087
Romero v. CARMELITA

(ltr.)

Restricted Delivery Fee

Mr. Stan Perry
HAYNES AND BOONE, LLP
1000 Louisiana
Suite 4300
Houston, Texas 77002-5012

PS Form 3800, June 2002        See Reverse for Instructions

---

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X  _Diana A. _____  ☐ Agent
                            ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

Mr. Stan Perry
HAYNES AND BOONE, LLP
1000 Louisiana
Suite 4300
Houston, Texas 77002-5012

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number      7003  1680  0006  5137  7158
(Transfer from service label)

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

77002+5023   |||..||...|||..||....|.|.|.||...||.||..



**U.S. Postal Service**
**CERTIFIED MAIL   RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7003 1680 0006 5137 7165

JGM/bgw
08-26-2004
#031087
Romero v. CARMELITA

(ltr.)

Restricted Delivery Fee
(Endorsement Required)

Mr. Michael Rodriguez
MICHAEL RODRIGUEZ, P.L.L.C.
319 East Elizabeth Street
Brownsville, Texas  78520

PS Form 3800, June 2002



**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X Rosie Yvette Castillo
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Rosie Yvette Castillo  8/27/04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Mr. Michael Rodriguez
MICHAEL RODRIGUEZ, P.L.L.C.
319 East Elizabeth Street
Brownsville, Texas  78520

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7003 1680 0006 5137 7165

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540



**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7003 1680 0006 5137 7172

JGM/bgw
08-26-2004
#031087
Romero v. CARMELITA

(ltr.)

Restricted Delivery Fee
(Endorsement Required)

Mr. Jaime A. Saenz
Ms. RosaMaria Villagomez-Vela
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522

PS Form 3800, June 2002

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ □ Agent
□ Addressee
B. Received by (Printed Name)   C. Date of Delivery
8-30-04

D. Is delivery address different from item 1?   □ Yes
If YES, enter delivery address below:   □ No

1. Article Addressed to:

Mr. Jaime A. Saenz
Ms. RosaMaria Villagomez-Vela
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522

3. Service Type
☑ Certified Mail   □ Express Mail
□ Registered   ☑ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)   7003 1680 0006 5137 7172

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540



**U.S. Postal Service**
**CERTIFIED MAIL — RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

JGM/bgw
08-26-2004
#031087
Romero v. CARMELITA

(ltr.)

Restricted Delivery Fee

Mr. Mike Mills
ATLAS & HALL, L.L.P.
P. O. Drawer 3725
McAllen, Texas  78502

7003 1680 0006 5137 7233

PS Form 3800, June 2002

---

SENDER:

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by ( Printed Name)   C. Date of Delivery
                                     30 AUG

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

Mr. Mike Mills
ATLAS & HALL, L.L.P.
P. O. Drawer 3725
McAllen, Texas  78502

☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number  7003  1680 0006  5137  7233
   (Transfer from service label)

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540.



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7003 1680 0006 5137 7240

JGM/bgw
08-26-2004
#031087
Romero v. CARMELITA

(ltr.)

Restricted Delivery Fee
(Endorsement Required)

Ms. Shannon W. Bangle
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
1300 Capitol Center
919 Congress Avenue
Austin, Texas 78701

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

1. Ms. Shannon W. Bangle
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
1300 Capitol Center
919 Congress Avenue
Austin, Texas 78701

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 31 2004

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7003 1680 0006 5137 7240

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service**
**CERTIFIED MAIL    RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7003 1680 0006 5137 7189

JGM/bgw
08-26-2004
#031087
Romero v. CARMELITA

(ltr.)

Restricted Delivery Fee

James L. Ray/Kyle D. Giacco
John D. Metzger
DAW & RAY
Coastal Banc Plaza
5718 Westheimer, Suite 1750
Houston, Texas  77057

PS Form 3800, June 2002



**SENDER:**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
David Goodroe
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
D. Goodroe    7/31/04

1. Article Addressed to:

James L. Ray/Kyle D. Giacco
John D. Metzger
DAW & RAY
Coastal Banc Plaza
5718 Westheimer, Suite 1750
Houston, Texas  77057

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7003  1680  0006  5137  7189
(Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

# FLEMING & HERNANDEZ, P.C.

Attorneys at Law
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602
(956) 982-4404
FAX (956) 982-0943
fleming&hernandez@bizrgv.rr.com

Tom Fleming
Luis R. Hernandez
Jeffrey G. Mathews

## Fax Transmittal Sheet

**************************************************************

**Important:** This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive the communication in error, please notify us immediately by telephone and return the original message to us at the above address via the United States Postal Service. Thank you.

**************************************************************

Date:        August 26, 2004

To:    ✓  Mikal C. Watts; Ray R. Marchan    Fax No.:    (956) 541-0255

To:    ✓  Ernesto Gamez, Jr.    Fax No.    (956) 541-7694

To:    ✓  Stan Perry    Fax No.    (713) 236-5455

To:    ✓  Michael Rodriguez    Fax No.:    (956) 574-9337

To:    ✓  Jaime A. Saenz
         RosaMaria Villagomez-Vela    Fax No.:    (956) 541-2170

To:    ✓  Mike Mills    Fax No.:    (956) 686-6109

To:    ✓  Shannon W. Bangle    Fax No.:    (512) 495-6093

To:    ✓  James L. Ray    Fax No.:    (713) 266-3188
         Kyle D. Giacco
         John D. Metzger

From:        Tom Fleming

Re:          *Romero v. Nevgulmarco Company, Inc. and Carmelita, Inc.*

Number of Pages (including cover sheet):        Four (4)

Message:        <u>WHAT FOLLOWS</u>:
                correspondence dated August 26, 2004 from Tom Fleming to the above
                listed counsel

### IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (956) 982-4404.

**HP OfficeJet**
**Personal Printer/Fax/Copier**

**Fax Log Report** for
Fleming & Hernandez
956 982 0943
Aug-26-04    03:28 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 5410255--031087 | OK | 04 | Sent | Aug-26 | 03:26P | 00:01:53 | 002586030022 |

*1.3.0   2.8*

Watts
Marchan

**HP OfficeJet**
**Personal Printer/Fax/Copier** 

**Fax Log Report** for
Fleming & Hernandez
956 982 0943
Aug-26-04    03:31 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| ✓ 5417694–031087 | OK | 04 | Sent | Aug-26 | 03:29P | 00:01:52 | 002586030022 |

*1.5.0    2.8*

Gamez

**HP OfficeJet**
**Personal Printer/Fax/Copier**

**Fax Log Report** for
Fleming & Hernandez
956 982 0943
Aug-26-04   03:34 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 17132365455–031087 | OK | 04 | Sent | Aug-26 | 03:32P | 00:02:01 | 002586030022 |

*1.10   2.0*

Perry

**HP OfficeJet**
**Personal Printer/Fax/Copier**

**Fax Log Report** for
Fleming & Hernandez
956 982 0943
Aug-26-04    03:38 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 5412170--031087 | OK | 04 | Sent | Aug-26 | 03:36P | 00:01:53 | 002586030022 |

*1.3.0   2.8*

Saenz

**HP OfficeJet**
**Personal Printer/Fax/Copier**

**Fax Log Report** for
Fleming & Hernandez
956 982 0943
Aug-26-04    03:42 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| ✓ 6866109--031087 | OK | 04 | Sent | Aug-26 | 03:40P | 00:01:55 | 002586030022 |

*1.3.0    2.8*

Mills

**HP OfficeJet**
**Personal Printer/Fax/Copier**   ◯

◯   **Fax Log Report** for
Fleming & Hernandez
956 982 0943
Aug-26-04    03:45 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 15124956093--031087 | OK | 04 | Sent | Aug-26 | 03:43P | 00:02:09 | 002586030022 |

*1.3.0    2.8*

Bangle

**HP OfficeJet**
**Personal Printer/Fax/Copier**

**Fax Log Report** for
Fleming & Hernandez
956 982 0943
Aug-26-04   03:48 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 5749337–031087 | OK | 04 | Sent | Aug-26 | 03:46P | 00:01:53 | 002486030022 |

1.2.0   2.8

Rodriguez

**HP OfficeJet**
**Personal Printer/Fax/Copier**

**Fax Log Report** for
Fleming & Hernandez
956 982 0943
Aug-26-04    03:51 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 17132663188--031087 | OK | 04 | Sent | Aug-26 | 03:49P | 00:01:52 | 002586030022 |

*1.10    2.8*

Ray
Giacco
Metzger