IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | § | |
| THE COMPLAINT OF | § | |
| CARMELITA, INC., Owner of the Vessel Carmelita | § | C. A. NO. B-04-011 |
| and | § | |
| NEVGULMARCO COMPANY, INC. | § | |

## ORDER

The Petitioners' Motion to Show Cause came on for hearing on the _____ day of _____, 2004. After review of the file and hearing argument of Counsel, the Court finds that the motion will be GRANTED.

Claimants/State Court Plaintiffs are ORDERED to remove Petitioners from the proceedings pending before the 404th Judicial District Court of Cameron County, Texas.

Claimants/State Court Plaintiffs and State Court Defendants, excepting Petitioners, are ORDERED to compensate Petitioners for attorney's fees incurred since July 29, 2004, the date the 404th Judicial District Court of Cameron County, Texas ordered the State Court proceeding abated.

SIGNED AT BROWNSVILLE, TEXAS on the _____ day of _____, 2004.

_____
JUDGE PRESIDING

**COPIES**:

Mikal C. Watts
Ray R. Marchan
WATTS LAW FIRM, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas  78520

Ernesto Gamez, Jr.
LAW OFFICES OF ERNESTO GAMEZ, JR.
Justice For All Building
777 East Harrison Street
Brownsville, Texas  78520

Stan Perry
HAYNES AND BOONE, LLP
1000 Louisiana, Suite 4300
Houston, Texas  77002-5012

Michael Rodriguez
MICHAEL RODRIGUEZ, P.L.L.C.
319 East Elizabeth Street
Brownsville, Texas  78520

Jaime A. Saenz; RosaMaria Villagomez-Vela
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas  78522

Mike Mills
ATLAS & HALL, L.L.P.
P. O. Drawer 3725
McAllen, Texas  78502

Shannon W. Bangle
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
1300 Capitol Center
919 Congress Avenue
Austin, Texas  78701

James L. Ray; Kyle D. Giacco; John D. Metzger
DAW & RAY
Coastal Banc Plaza
5718 Westheimer, Suite 1750
Houston, Texas  77057

Tom Fleming; Jeffrey G. Mathews
FLEMING & HERNANDEZ, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas  78521-1602