# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

OCT 0 8 2004

Michael N. Milby
Clerk of Court

## NOTICE OF HEARING

| | |
|---|---|
| IN THE MATTER OF § | |
| THE COMPLAINT OF CARMELITA, INC. § | |
| OWNER OF THE VESSEL CARMELITA § | CIVIL ACTION NO. B-04-011 |
| AND NEVGULMARCO COMPANY, INC. § | |
| § | |

TYPE OF CASE:        __X__ CIVIL                                              ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:   **HEARING ON MOTION TO SHOW CAUSE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                       ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**                                       **BEFORE JUDGE ANDREW S. HANEN**
**BROWNSVILLE, TEXAS**

DATE AND TIME: October 18, 2004 @ 1:30 p.m.

TAKE NOTICE that the proceeding in this case will be held before Judge Andrew S. Hanen

Michael N. Milby, Clerk

BY: _/s/ Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE: October 8, 2004

TO: ALL COUNSEL OF RECORD