IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| IN RE COMPLAINT OF CARMELITA, INC. ET AL. | § § § § | CIVIL ACTION NO. B-04-011 |

## ORDER

This court has considered the Motion to Show Cause of Carmelita, Inc. and Nevgulmarco Company, Inc. It also has noted counsel's more recent letter to the court indicating the matters in question had been resolved. That being the case,

IT IS HEREBY ORDERED that said motion is hereby denied as being moot.

Signed this 18th day of October, 2004.

Andrew S. Hanen
United States District Judge