United States District Court
Southern District of Texas
FILED

FEB 1 4 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | § | |
| THE COMPLAINT OF | § | |
| CARMELITA, INC., Owner of the Vessel Carmelita | § | C. A. NO. B-04-011 |
| and | § | |
| NEVGULMARCO COMPANY, INC. | § | |

## UNOPPOSED MOTION
## TO DISMISS AND REFUND DEPOSIT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Petitioners herein, **Carmelita, Inc. and Nevgulmarco Company, Inc.**, file this motion requesting the above styled and numbered cause be dismissed and that the sums on deposit with the Court be refunded to Petitioners, and would show:

1. This suit requests limitation of liability of exoneration from liability in a cause civil and maritime regarding injuries incurred by **Angel Romero, Jr.** while aboard the **O/S Carmelita** as a member of its crew.

2. On June 29, 2004, this Court entered its Memorandum Opinion and Order conditionally granting the Petitioners' application for an injunction protecting Petitioners in the state court proceeding in the 404th District Court of Cameron County, Texas.

3. All parties in the state court proceeding (including both Petitioners herein) have arrived at a settlement of all causes of action and have entered into a

COMPROMISE AND SETTLEMENT RELEASE AGREEMENT and an agreed FINAL JUDGMENT (attached hereto as "Exhibit A"). The COMPROMISE AND SETTLEMENT RELEASE AGREEMENT is confidential and, therefore, not submitted.

4. Petitioners are now released from liability to the claimants by virtue of the settlement and subsequent judgment of the 404th District Court of Cameron County, and the petition before this Court is now moot.

Petitioners pray the Court enter its order dismissing the instant matter and directing the District Clerk refund those sums deposited at the inception of suit.

DATED: February ____, 2004.

Respectfully submitted,

**FLEMING & HERNANDEZ, P.C.**
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602
Telephone: (956) 982-4404
Telecopier: (956) 982-0943

by: _____
**Tom Fleming**
SBOT No. 07133000
Federal I.D. No. 1188

**Jeffrey G. Mathews**
SBOT No. 24013115
Federal I.D. No. 24499

ATTORNEYS FOR PETITIONERS,
CARMELITA, INC.
and NEVGULMARCO, COMPANY, INC.

## CERTIFICATE OF CONFERENCE

On February 11, 2005, a telephone conference was held with Claimants' Counsel, Ray Marchan, who stated that he did not oppose this motion.

_____
Tom Fleming

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing **UNOPPOSED MOTION TO DISMISS AND REFUND DEPOSIT** were served February _14_, 2005 in the manner(s) indicated below upon the following Counsel:

> **CO-COUNSEL FOR**
> **Avigail Martinez De Romero Individually And As Guardian Of Angel Romero, Jr., Mentally And Physically Incompetent;**
> **Angel Romero Gonzalez And Gloria Badillo Rodriguez De Romero, The Natural Parents Of Angel Romero, Jr.;**
> **And**
> **Lucilla Romero Delgado As Next Friend Of Angel Romero Delgado And Carolina Romero Delgado, Minor Children Of Angel Romero, Jr.:**
> Mikal C. Watts
> Ray R. Marchan
> WATTS LAW FIRM, L.L.P.
> 1926 East Elizabeth Street
> Brownsville, Texas 78520
> *(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1001 0575)*

## CERTIFICATE OF SERVICE (cont'd.)

**CO-COUNSEL FOR**
**Avigail Martinez De Romero Individually And As Guardian Of Angel Romero, Jr., Mentally And Physically Incompetent; Angel Romero Gonzalez And Gloria Badillo Rodriguez De Romero, The Natural Parents Of Angel Romero, Jr.;**
**And**
**Lucilla Romero Delgado As Next Friend Of Angel Romero Delgado And Carolina Romero Delgado, Minor Children Of Angel Romero, Jr.:**
Ernesto Gamez, Jr.
LAW OFFICES OF ERNESTO GAMEZ, JR.
Justice For All Building
777 East Harrison Street
Brownsville, Texas  78520
*(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1001 0582)*

**CO-COUNSEL FOR**
**Univar USA, Inc.:**
Stan Perry
HAYNES AND BOONE, LLP
1000 Louisiana, Suite 4300
Houston, Texas  77002-5012
*(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1001 0599)*

**CO-COUNSEL FOR**
**Univar USA, Inc.:**
Michael Rodriguez
MICHAEL RODRIGUEZ, P.L.L.C.
319 East Elizabeth Street
Brownsville, Texas  78520
*(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1001 0605)*

**COUNSEL FOR**
**Zimco Marine, Inc.:**
Jaime A. Saenz
RosaMaria Villagomez-Vela
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas  78522
*(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1001 0612)*

## CERTIFICATE OF SERVICE (cont'd.)

**COUNSEL FOR**
**Esseco General Chemical:**
Mike Mills
ATLAS & HALL, L.L.P.
P. O. Drawer 3725
McAllen, Texas 78502
*(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1001 0629)*

**COUNSEL FOR**
**General Chemical Corporation,**
**General Chemical Corporation d/b/a TexGen Corporation**
**and General Chemical Corporation, a subsidiary of Genteck, Inc.:**
Shannon W. Bangle
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
1300 Capitol Center
919 Congress Avenue
Austin, Texas 78701
*(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1001 0636)*

**COUNSEL FOR**
**Delta Distributors, Inc.**
**nka Brenntage Southwest, Inc.:**
James L. Ray
Kyle D. Giacco
John D. Metzger
DAW & RAY
Coastal Banc Plaza
5718 Westheimer, Suite 1750
Houston, Texas 77057
*(CERTIFIED UNITED STATES MAIL, R.R.R., #7002 2030 0007 1001 0643)*

_____
Tom Fleming