

**CERTIFIED COPY**

CAUSE NO. 2003-08-4370G

| | | |
|---|---|---|
| AVIGAIL MARTINEZ DE ROMERO INDIVIDUALLY, ANGEL ROMERO GONZALEZ AND GLORIA BADILLO RODRIGUEZ DE ROMERO, INDIVIDUALLY, AS THE NATURAL PARENTS OF ANGEL ROMERO, JR., AND AS JOINT GUARDIANS OF ANGEL ROMERO, JR., MENTALLY AND PHYSICALLY INCOMPETENT, LUCILLA DELGADO ROMERO AS NEXT FRIEND OF ANGEL ROMERO DELGADO AND CAROLINA ROMERO DELGADO, MINOR CHILDREN OF ANGEL ROMERO, JR. | § § § § § § § § § § § § § § | IN THE DISTRICT COURT |
| VS. | § § | |
| ZIMCO MARINE, INC, EGC, INC., EGC, INC., ESSECO GENERAL CHEMICAL LLC, DELTA DISTRIBUTORS, INC. NOW KNOWN AS BRENNTAGE SOUTHWEST, INC., GENERAL CHEMICAL CORPORATION, GENERAL CHEMICAL CORPORATION d/b/a TEXGEN CORPORATION, GENERAL CHEMICAL CORPORATION A SUBSIDIARY OF GENTECK, INC. | § § § § § § § § § § § § § | CAMERON COUNTY, TEXAS

404TH JUDICIAL DISTRICT |

## FINAL JUDGMENT

BE IT REMEMBERED that on the 7th day of February, 2005, a friendly suit hearing was held regarding Plaintiffs Avigail Martinez de Romero, Individually, Angel Romero Gonzalez and Gloria Badillo Rodriguez De Romero, the Natural Parents of Angel Romero, Jr. and as Guardian of Angel Romero, Jr., Mentally and Physically Incompetent, and Lucilla Delgado Romero as Next Friend of Angel Romero Delgado and Carolina Romero Delgado, Minor Children of Angel Romero, Jr.' settlement with Defendants Univar USA, Inc., Nevgulmarco, Inc., Zimco Marine, Inc., EGC, Inc., EGC, Inc., Esseco General Chemical, Delta Distributors, Inc., now known as Brentagge Southwest, Inc., General Chemical

EXHIBIT NO. A

Exh. A

Corporation, General Chemical Corporation d/b/a Texgen Corporation, General Chemical corporation, a Subsidiary of Genteck, Inc. and Carmelita, Inc. as the Owner/Operator of the M/V "Carmelita", in the above cause. The Plaintiffs appeared in person and by and through their attorneys of record and through the minors' duly appointed ad litem and announced ready to Proceed. Defendants appeared by and through their attorneys of record and announced ready to proceed. All parties waived a jury, no jury having been demanded, all matters of fact and things in controversy were submitted to the Court.

Plaintiffs announced to the Court that a settlement agreement had been entered into between Plaintiffs and Defendants. Plaintiffs and Joe Valle, the minors' ad litem, moved that the causes of action which were, or could have been, asserted in this proceeding by Plaintiffs, individually and on behalf of Angel Romero, Jr., a mentally and physically incompetent person and Angel Romero Delgado, a minor, and Carolina Romero Delgado, a minor, be dismissed with prejudice as to all Defendants.

After considering the pleadings and representations and request of the ad litem, the terms of the settlement agreement reached on behalf of the Plaintiffs, including minor Plaintiffs, the evidence, and the argument and representations of counsel, the Court is of the opinion, and finds, that the settlement agreement entered into on behalf of Plaintiffs should be approved.

All matters in controversy and all claims and causes of action which were or could have been asserted by Plaintiffs Avigail Martinez de Romero, Individually, Angel Romero Gonzalez and Gloria Badillo Rodriguez De Romero,

the Natural Parents of Angel Romero, Jr. and as Guardian of Angel Romero, Jr., Mentally and Physically Incompetent, and Lucilla Delgado Romero as Next Friend of Angel Romero Delgado and Carolina Romero Delgado, Minor Children of Angel Romero, Jr., have been compromised and settled with Defendants for Ten Dollars and no/100 ($10.00) and other good and valuable consideration, including periodic future payments for the minor children as described herein and in the release agreement.

Defendants deny all liability and through the Confidential Compromise and Settlement Release Agreement, are settling doubtful, disputed and questionable claims.

The Court hereby further orders and finds that all attorneys' fees assessed by Plaintiffs' counsel shall be paid out of the proceeds to all Plaintiffs. Defendants shall not be responsible for any of the Plaintiffs and Plaintiffs' counsel's attorney's fees.

The Court takes judicial notice of the fact that it has previously appointed ad litem in this case: Joe Valle, ad litem for Angel Romero Delgado and Carolina Romero Delgado, Minor Children.

The Court finds that Lucilla Delgado Romero is a proper person to represent the interests of the minor children, Angel Romero Delgado, a Minor and Carolina Romero Delgado, a Minor.

The Court finds that Angel Romero Gonzalez and Gloria Badillo Rodriguez de Romero are proper persons to represent the interests of Angel Romero, Jr., a mentally and physically incompetent person.

The Court is of the opinion and finds that the agreement to compromise

and settle all claims, demands and causes of action entered into by all Plaintiffs, including the next friend on behalf of the minor children, and Defendants is reasonable, fair and just.

The Court is of the opinion that the Confidential Compromise and Settlement Release Agreement is in the best interest of Angel Romero, Jr., a mentally and physically incompetent person.

The Court is further of the opinion that the Confidential Compromise and Settlement Release Agreement is in the best interest of the minor children, Angel Romero Delgado, a Minor and Carolina Romero Delgado, a Minor.

The Court hereby approves the settlement agreement entered into on behalf of the minor children, Angel Romero Delgado and Carolina Romero Delgado.

The Court is further of the opinion that the Confidential Compromise and Settlement Release Agreement is in the best interest of Plaintiffs Avigail Martinez de Romero, Individually, Angel Romero Gonzalez and Gloria Badillo Rodriguez De Romero, the Natural Parents of Angel Romero, Jr. and as Guardian of Angel Romero, Jr., a Mentally and Physically Incompetent person, and Lucilla Delgado Romero.

The Court hereby approves the settlement agreement entered into on behalf of all the adult Plaintiffs.

The Court hereby finds the settlement to be just, fair, and reasonable.

The Court hereby approves all attorneys' fees and expenses as being fair, reasonable and customary fees for this type of case.

 

The parties have agreed that the settlement amounts, terms and conditions are confidential and are therefore not recited in this Final Judgment, although the amounts have been fully described to and reviewed by the Court and the Guardian Ad Litem. The terms and conditions of the Confidential Compromise and Settlement Release Agreement are expressly approved by the Court and the Guardian Ad Litem.

The Court hereby approves the Qualified Assignments to be made in this case.

In further consideration of the Confidential Compromise and Settlement Release Agreement, the Insurers on behalf of Defendants agree to pay to the individuals named below (the "Payees") the sums outlined in this section below.

Pursuant to the Qualified Assignments made and approved by the Court; Defendants shall forward $199,600.00 to American General Annuity Service Corporation for the use and benefit of Angel Romero Delgado, a minor child; and $199,600.00 to American General Annuity Service Corporation for the use and benefit of Carolina Romero Delgado, a minor child to purchase and fund the annuities to make the periodic payments required below. Thereafter, Defendants shall be discharged of its obligations to make any further payments.

The following periodic payments shall be made by American General Annuity Service Corporation on behalf of Defendants and Released Parties as follows:

> **Angel Romero Delgado, a Minor Child,** (Payee), Date of Birth: 8/18/92, shall be entitled to the following periodic payment made according to the schedule as follows (the "Periodic Payments") which is more specifically outlined in the structured settlement annuity agreement:

1. **Benefits from American General Life Insurance**
   Beginning at age 18 (8/18/2010), $35,000.00 per year
   Payable for 5 years (last payment - 8/18/2014)

   | Payable on 8/18/2019 | - | $32,500.00 |
   | Payable on 8/18/2024 | - | $32,500.00 |
   | Payable on 8/18/2029 | - | $32,500.00 |
   | Payable on 8/18/2034 | - | $60,000.00 |
   | Payable on 8/18/2039 | - | $65,000.00 |
   | Payable on 8/18/2044 | - | $75,000.00 |

**Carolina Romero Delgado, A Minor Child,** (Payee), Date of Birth: 6/22/89, shall be entitled to the following periodic payment made according to the schedule as follows (the "Periodic Payments") which is more specifically outlined in the structured settlement annuity agreement:

2. **Benefits from American General Life Insurance**
   Beginning at age 18 (6/22/2007)), $30,000.00 per year
   Payable for 5 years (last payment - 6/22/2011)

   | Payable on 6/22/2016 | - | $30,000.00 |
   | Payable on 6/22/2021 | - | $30,000.00 |
   | Payable on 6/22/2026 | - | $30,000.00 |
   | Payable on 6/22/2031 | - | $30,000.00 |
   | Payable on 6/22/2036 | - | $30,000.00 |
   | Payable on 6/22/2041 | - | $40,000.00 |
   | Payable on 6/22/2046 | - | $50,000.00 |

Under the terms of such compromise settlement agreement, it has been agreed that judgment shall be entered declaring that all Plaintiffs, including the minor children, take nothing from Defendants and their insurers arising out of the claims involved in this case. All such claims and causes of action having been settled between the parties as set forth in this judgment.

The Court finds that all obligations have been fully satisfied by Defendants.

The Court hereby accepts the ad litem Joe Valle's recommendation and his request to approve the minors' settlement. The ad litem, Joe Valle, further

stated that he found the settlement agreement to be in the best interest of the minor children, Angel Romero Delgado and Carolina Romero Delgado.

All costs of court will be paid by the party incurring same. The ad litem fees shall be paid as ordered below:

The Court awards an ad litem fee to Joe Valle in the total sum of Twenty Five Thousand Dollars and no/100 ($25,000.00). The ad litem fee shall be paid by Defendants.

It is therefore, **ORDERED, ADJUDGED, AND DECREED** by the Court that:

1. All causes of action which were, or could have been, asserted in this proceeding by the Plaintiffs, acting individually and in their representative capacities, against Defendants are hereby dismissed with prejudice to the refilling of same;

2. Judgment shall be entered that all Plaintiffs take nothing of and from Defendants;

3. Plaintiffs Avigail Martinez de Romero, Individually, Angel Romero Gonzalez and Gloria Badillo Rodriguez de Romero, the Natural Parents of Angel Romero, Jr. and as Guardian of Angel Romero, Jr., a Mentally and Physically Incompetent person, and Lucilla Delgado Romero as Next Friend of Angel Romero Delgado and Carolina Romero Delgado, Minor Children of Angel Romero, Jr. are forever barred from bringing any further action or asserting any claims as against Defendants;

4. The settlement agreement reached on behalf of Angel Romero Delgado and Carolina Romero Delgado, minors, is just, fair and in their best

interests, and said settlement agreement is hereby approved;

5. The settlement agreement reached on behalf of Angel Romero, Jr. is just, fair and in their best interests, and said settlement agreement is hereby approved;

6. The Court awards an ad litem fee to Joe Valle in the total sum of $25,000.00. The ad litem fee payment shall be paid by Defendants.

7. The Court further orders and finds that all attorney fees are to be paid by Plaintiffs. The Court hereby approves the payment of attorney's fee to Plaintiffs' attorneys for work done in this case. Such an award is found to be reasonable, customary, necessary, just and fair;

8. The Court finds that all payments due from Defendants, under the terms of the settlement agreement have been made, the causes of action which were, or could have been, asserted herein on behalf of Angel Romero Delgado and Carolina Delgado Romero, Minor Children as against Defendants are hereby dismissed with prejudice to the refilling of same;

9. All costs of court are to be paid by the parties incurring them, except as otherwise provided in this judgment;

10. The Court hereby dismisses any and all claims filed by and/or between any and all parties, including Plaintiffs, Avigail Martinez de Romero, Individually, Angel Romero Gonzalez and Gloria Badillo Rodriguez De Romero, the Natural Parents of Angel Romero, Jr. and as Guardian of Angel Romero, Jr., a Mentally and Physically Incompetent person, and Lucilla Delgado Romero as Next Friend of Angel Romero Delgado and Carolina Romero Delgado, Minor

Children of Angel Romero, Jr. and Defendants.

11. All Plaintiffs shall take nothing of and from Defendants.

12. Defendants are fully discharged of any and all obligations;

13. The Qualified Assignment are hereby approved;

14. Defendants shall not be responsible for any annuity payment, i.e. future periodic payments. Defendants, having fully satisfied all terms of the Confidential Compromise and Settlement Release Agreement and paid all obligations required, are hereby discharged and forever released; and

15. All relief not specifically granted herein is hereby expressly denied.

This Final Judgment dismisses all claims as to all Parties named or identified herein.

SIGNED this the 7th day of February, 2005

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

**Law Offices of Ernesto Gamez, Jr.**
Justice For All Building
777 East Harrison Street
Brownsville, Texas 78520
Telephone: (956) 541-3820
Telecopier: (956) 541-7694

Ernesto Gamez
State Bar No. 07606600

**WATTS LAW FIRM, L.L.P.**
Fort Brown Plaza
2/7/05 COPIES TO:
C/C HON JOE GARCIA
(AS PER MR GARCIA:HE WILL GIVE COPIES TO ALL COUNSEL OF RECORD)

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
DATE 2/11/05
BY _____ DEPUTY

FILED _____ O'CLOCK __M
AURORA DE LA GARZA DIST. CLERK
FEB -7 2005
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

1926 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 544-0500
Telecopier: (956) 541-0255

_____
Ray Marchan/Mikal C. Watts
State Bar No. 12969050
Mikal C. Watts
State Bar No. 20981820

**ATTORNEYS FOR AVIGAIL MARTINEZ DE ROMERO, INDIVIDUALLY, ANGEL ROMERO, GONZALEZ AND GLORIA BADILLO, RODRIGUEZ DE ROMERO, THE NATURAL PARENTS OF ANGEL ROMERO, JR. AND AS GUARDIAN OF ANGEL ROMERO, JR., MENTALLY AND PHYSICALLY INCOMPETENT, AND LUCILLA DELGADO ROMERO AS NEXT FRIEND OF ANGEL ROMERO DELGADO AND CAROLINA ROMERO DELGADO, MINOR CHILDREN OF ANGEL ROMERO, JR.**

AND

**LAW OFFICE OF JOE VALLE**
1120 E. 10th Street
Brownsville, Texas 78520
Telephone: (956) 546-2829
Telecopier: (956) 542-4084

_____
Joe Valle
State Bar No. 20435450

**GUARDIAN AD LITEM FOR MINOR PLAINTIFFS ANGEL ROMERO DELGADO AND CAROLINA ROMERO DELGADO**

**APPROVED AS TO FORM:**

**McGINNIS, LOCHRIDGE & KILGORE, L.L.P**
1300 Capitol Center
919 Congress Avenue
Austin, Texas 78701
Telephone: (512) 495-6000
Telecopier: (512) 495-6093

By: _____
Ray Chester
State Bar No. 04189065

Shannon Bangle
SBN 24006789

**COUNSEL FOR DEFENDANTS GENERAL CHEMICAL CORPORATION, GENERAL CHEMICAL CORPORATION d/b/a TEXGEN CORPORATION, GENERAL CHEMICAL CORPORATION, A SUBSIDIARY OF GENTECK, INC.**

**RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.**
1201 East Van Buren
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telecopier: (956) 541-2170

By: _____
RosaMaria Villagomez-Vela
State Bar No. 24008210

**COUNSEL FOR DEFENDANTS ZIMCO MARINE, INC., NEVGULMARCO, INC. and CARMELITA, INC.**

**FLEMING & HERNANDEZ, P.C.**
1650 Paredes Line road, Suite 102
Brownsville, Texas 78521-1602
Telephone: (956) 982-4404
Telecopier: (956) 982-0943

By: _____ for Jeff Mathews by permission
Jeffrey G. Mathews
State Bar No. 24013115

**COUNSEL FOR NEVGULMARCO, INC. and CARMELITA, INC. AS THE OWNER OPERATOR OF THE "M/V CARMELITA"**

**ATLAS & HALL, L.L.P.**
P.O. Box 3725
McAllen, Texas 78502-3725
Telephone: (956) 682-5501

Telecopier: (956) 686-6109

By: _____
　　Mike Mills
　　State Bar No. 14163500

**COUNSEL FOR ESSECO GENERAL
CHEMICAL LLC**