IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF | § |
| THE COMPLAINT OF | § |
| CARMELITA, INC., Owner of the Vessel Carmelita | § C. A. NO. B-04-011 |
| and | § |
| NEVGULMARCO COMPANY, INC. | § |

## ORDER OF DISMISSAL

The UNOPPOSED MOTION TO DISMISS AND REFUND DEPOSIT filed by Petitioners Carmelita, Inc. and Nevgulmarco Company, Inc. is GRANTED.

IT IS ORDERED that the case be dismissed and that all funds on deposit with the United States District Clerk, together with accrued interest, be refunded to the Petitioners.

SIGNED IN BROWNSVILLE, TEXAS this _____ day of _____, 2005.

Andrew S. Hanen
UNITED STATES DISTRICT JUDGE

**COPIES:**

Mikal C. Watts
Ray R. Marchan
WATTS LAW FIRM, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas 78520

Ernesto Gamez, Jr.
LAW OFFICES OF ERNESTO GAMEZ, JR.
Justice For All Building
777 East Harrison Street
Brownsville, Texas 78520

Stan Perry
HAYNES AND BOONE, LLP
1000 Louisiana, Suite 4300
Houston, Texas 77002-5012

Michael Rodriguez
MICHAEL RODRIGUEZ, P.L.L.C.
319 East Elizabeth Street
Brownsville, Texas 78520

Jaime A. Saenz; RosaMaria Villagomez-Vela
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522

Mike Mills
ATLAS & HALL, L.L.P.
P. O. Drawer 3725
McAllen, Texas 78502

Shannon W. Bangle
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
1300 Capitol Center
919 Congress Avenue
Austin, Texas 78701

James L. Ray; Kyle D. Giacco; John D. Metzger
DAW & RAY
Coastal Banc Plaza
5718 Westheimer, Suite 1750
Houston, Texas 77057

Tom Fleming; Jeffrey G. Mathews
FLEMING & HERNANDEZ, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602